IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| RENE MEDINA, | ) |
| Petitioner, | ) |
| vs. | ) |
| SCOTT A. MIDDLEBROOKS, | ) |
| Respondent. | ) |

2005 SEP 22 A 9:48

2:05-cv-614-MHT

### NOTICE OF APPEAL

COMES NOW, the petitioner, Rene Medina, pro se, and hereby respectfully appeals to the Eleventh Circuit Court of Appeals this Court's final order in the instant matter issued on August 24, 2005.

Date: September 12, 2005

Respectfully submitted,

_____
Rene Medina, pro se.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing legal instrument was served on this 12th day of September, 2005, to: Scott A. Middlebrooks, Warden - F.P.C. Montgomery Warden's Office, Maxwell Air Force Base, Montgomery, Alabama 36112; United States Attorney's Office, Leura G. Canary, U.S. Attorney - Middle District of Alabama, P.O. Box 197, Montgomery, Alabama 36101-0197. The service was conducted via first class mail. This Certificate of Service is submitted under penalty of perjury pursuant to 28 U.S.C. §1746.

_____
Rene Medina, pro se.