IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RENE MEDINA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv614-T |
| | ) | (WO) |
| SCOTT A. MIDDLEBROOK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This cause is now before the court on petitioner's notice of appeal (Doc. No. 7), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 26th day of September, 2005.

 /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE