IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-15303-C

_____

RENE MEDINA,

Petitioner-Appellant,

versus

SCOTT A. MIDDLEBROOKS,

Respondent-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

Appellant's motion for a certificate of appealability, construed from the notice of appeal, is

DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2);

Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000).

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.



/s/ Joel F. Dubina
UNITED STATES CIRCUIT JUDGE